IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL HART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0520 |
| ) | Judge Trauger |
| RICKY BELL, Warden, in his individual and ) | Magistrate Judge Griffin |
| official capacities as the Warden of Riverbend ) | |
| Maximum Security Institution, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 22, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 41), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendants Ricky Bell and Sandra Hall is **GRANTED**, and these two defendants are dismissed from this case.

This case is **REFERRED** back to the Magistrate Judge for further handling under the original referral Order.

It is so **ORDERED**.

ENTER this 15th day of November 2010.

_____
ALETA A. TRAUGER
U.S. District Judge